IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL SALAZAR,

      Plaintiff,

vs.                                                            No. CIV 10-0645 JB/ACT

CITY OF ALBUQUERQUE,
RICHARD BERRY, Mayor,
ROBERT J. PERRY, Chief Administrative Officer,
VINCENT YERMAL, Director of Human Resources,
MARTIN CHAVEZ, former Mayor,
GREG PAYNE, former Transit Dept. Director, and
BRUCE RIZZIERI, Transit Dept. Director,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Motion to Disqualify Attorney Paula Forney and Memorandum in Support, filed June 9, 2013 (Doc. 97)("Motion"). The Court held a hearing on August 20, 2013. For the reasons the Court stated on the record, the Court will deny the Motion.

**IT IS ORDERED** that the Motion to Disqualify Attorney Paula Forney and Memorandum in Support, filed June 9, 2013 (Doc. 97) is denied.[1]

                                                                       _____
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Paul Livingston
Placitas, New Mexico

 *Attorney for the Plaintiff*

Stephen G. French
Paula Forney
French & Associates, P.C.
Albuquerque, New Mexico

 *Attorneys for Defendants City of Albuquerque, Richard J. Berry, Robert J. Perry, Vincent Yermal, Martin Chavez, Greg Payne, and Bruce Rizzieri*

Rebecca E. Wardlaw
City Attorney's Office
Albuquerque, New Mexico

 *Attorney for Defendants City of Albuquerque, Richard J. Berry, and Martin Chavez*